United States District Court

For The District of Columbia

Richard W. Beckwith

    Plaintiff,

    v.

                                      Civil Action No. 13-cv-~~0043~~ 433-RJL

Nancy M. Ware, Director, Court Service

& Offender Supervision Agency

    Defendant.

## Motion to redact Social Security Number from the Court Record

The Plaintiff respectfully request that his Social Security number be redacted from the file. Exhibit 5, the SF 50 Personnel Action form.

Wherefore, Plaintiff respectfully request that this motion be granted.

                                                Respectfully submitted,



RECEIVED
JAN 2 4 2014
Clerk, U.S. District and Bankruptcy Courts

*Richard Beckwith* (signature)

Richard Beckwith

Plaintiff

501 Jones Falls Court

Bowie, Md. 20721

301-218-9464